| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>James R. Selth - Bar #123420<br>WEINTRAUB & SELTH, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, California 90025<br><br>Phone No.: (310) 207-1494<br>Fax No.: (310) 442-0660 | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>AUSTIN W. ANDERSON and MICHELE M. ANDERSON<br><br>Debtor(s). | CASE NO.: 2:17-bk-14860-BR<br>CHAPTER: 7<br><br>**ATTORNEY'S DISCLOSURE**<br>**OF POSTPETITION COMPENSATION**<br>**ARRANGEMENT WITH DEBTOR**<br><br>[11 U.S.C. § 329(a); FRBP 2016(b)] |
|---|---|

1. This disclosure is made by the undersigned attorney as counsel for the Debtor:

    ☐ This disclosure is the undersigned's initial compensation disclosure in this case.

    ☒ This disclosure supplements a previously-filed compensation disclosure in this case.

2. **Postpetition Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a) and FRBP 2016(b), I disclose that I am the attorney for the Debtor and that compensation was paid to me after the petition was filed, and/or was agreed postpetition to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with this case.:

    For legal services, I agreed postpetition to accept:
    ☒ hourly rate $ 495.00        or   ☐ flat fee $ _____

    Amount I received postpetition, if any: $ 1,500.00
    Balance due ............................................................................................................ $ To be determined

3. **Date of Payment**: The postpetition compensation was paid to me, and/or the postpetition compensation agreement was entered into, on (*date*): 08/10/2017   .

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                     Page 1                        F 2016-1.4.ATTY.COMP.DISCLSR

4. **Source of Postpetition Compensation.**

    a. **Already Paid.** The source(s) of the compensation paid to me postpetition was:

       ☒ Debtor        ☐ Other (*specify*):

    b. **To be Paid.** The source(s) of the compensation agreed postpetition to be paid to me is:

       ☒ Debtor        ☐ Other (*specify*):

5. **Sharing of Compensation.**

    ☒ I have not agreed to share the above-disclosed postpetition compensation with any other persons unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    ☐ I have agreed to share the above-disclosed postpetition compensation with other persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). A copy of the agreement, together with a list of the names of the people sharing in the postpetition compensation, is attached.

6. ☐ **Chapter 7 Cases Only.** In chapter 7 bankruptcy cases, a limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. I have been retained by the Debtor for purposes of a limited appearance. In return for the compensation disclosed above, I have agreed to provide the following legal services:

    a. ☐ Any proceeding related to stay motions under 11 U.S.C. § 362.

    b. ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

    c. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

    d. ☐ Reaffirmation of a debt.

    e. ☐ Any lien avoidance under 11 U.S.C. § 522(f).

    f. ☐ Adversary proceedings (other than those brought under 11 U.S.C. §§ 523 and 727) and other contested bankruptcy matters.

    g. ☐ Other provisions as needed (*specify*):

7. ☐ **Cases Other than Chapter 7.** In return for the above-disclosed fee, I have agreed to render legal services for the bankruptcy case, including:

    a. ☐ Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

    b. ☐ Other provisions as needed (*specify*):

8. ☐ **Excluded Services.** By agreement with the Debtor, the compensation disclosed above does not include fees to provide the following services (*specify*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                         F 2016-1.4.ATTY.COMP.DISCLSR

### DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing, together with any prior compensation disclosures filed by the undersigned, constitutes a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case and all amounts received in respect of such representation.

Date: 08/18/2017

By: _____
*Signature of attorney for the Debtor*

Name: James R. Selth
*Printed name of attorney*

Weintraub & Selth, APC
*Printed name of law firm*

### DECLARATION OF THE DEBTOR
*(To be completed only if the attorney's representation is in chapter 7 and of limited scope.)*

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 6, and that I/we am representing myself/ourselves for any other proceedings, unless a new agreement is reached with an attorney.

Date: _____

Date: _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (Joint Debtor)

_____
Printed name of Debtor 1

_____
Printed name of Debtor 2 (Joint Debtor)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 3        F 2016-1.4.ATTY.COMP.DISCLSR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/18/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jacqueline G Antonio    jantonio@goodkinlynch.com
James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jennifer H Wang    jwang@cookseylaw.com, jwang@ecf.courtdrive.com
Timothy Yoo (TR)    tjytrustee@lnbyb.com, tyoo@ecf.epiqsystems.com;tjy@trustesolutions.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email, as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/18/2017 | Sondra Solish | /s/ Sondra Solish |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.